■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CHANDLER, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Lofton* (129 AD2d 970 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—robbery, first degree, and another offense.) Present—Callahan, J. P., Denman, Balio, Lawton and Davis, JJ.